## IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DELAWARE ACCEPTANCE CORP., | § | No. 245, 2017 |
| | § | |
| Plaintiff Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No. S10J-03-003 |
| MEGAN R. SCHATZMAN, | § | |
| | § | |
| Defendant Below, | § | |
| Appellee. | § | |

| | | |
|---|---|---|
| PATRICIA L. EVANS, | § | |
| | § | No. 248, 2017 |
| Plaintiff Below, | § | |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| G-33, INC., STEVEN L. | § | C.A. No. SS08J-03-068 |
| GROSSMAN, and ELIZABETH A. | § | |
| GROSSMAN, | § | |
| | § | |
| Defendants Below, | § | |
| Appellees. | § | |

Submitted:  October 27, 2017
Decided:  January 23, 2018

Before **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices.

## <u>ORDER</u>

This 23rd day of January 2018, after careful consideration of the appellants' opening briefs and the record below,[1] we conclude that the judgment of the Superior Court should be affirmed on the basis of, and for the reasons, stated in its well-reasoned order dated June 1, 2017. We decline to consider the appellants' arguments concerning the previous issuance of execution writs, which were not fairly presented to the Superior Court.[2]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

<u>/s/ James T. Vaughn, Jr.</u>
Justice

---

[1] No answering briefs were filed. Because both appeals arise from the same Superior Court order and involve similar questions of law and fact, we have consolidated them *sua sponte* for decision.
[2] Supr. Ct. R. 8.